# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LARRON R. BRUCE,                    )
                                    )
     Movant,                 )
                                    )
v.                                  )            CV417-201
                                    )            CR415-204
UNITED STATES OF AMERICA,           )
                                    )
     Respondent.            )

## ORDER

Indicted on multiple counts of drug-trafficking charges, Larron Bruce pled guilty to one count of conspiracy to possess and to manufacture in violation of 21 U.S.C. § 846. Docs. 1 (indictment), 49 (plea agreement).[1] His sentence was affirmed on appeal. *United States v. Bruce*, 665 F. App'x 852, 853 (11th Cir. 2016). His first motion to vacate his sentence, under theories of ineffective assistance of counsel, court errors, and lack of evidence to convict, was denied on the merits two months ago. Docs. 152. (motion); 165, 167 & 168 (recommendation, order adopting the recommendation, and judgment entered against

_____

[1] The Court is citing to the criminal docket in CR415-204 unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

Bruce on the merits).  He has now filed with the Court an Eleventh Circuit form "Application for leave to file a second or successive motion to vacate, set aside or correct sentence" under § 2255.  Doc. 170.  The Clerk of Court is **DIRECTED** to forward Bruce's motion to the Eleventh Circuit Court of Appeals for consideration, along with a copy of this Court's docket and docket entries 152, 165, 167 and 168.  The Clerk is further **DIRECTED** to close CV417-201 as an erroneously opened § 2255 action.

　　　　**SO ORDERED,** this  25th  day of October, 2017.

　　　　　　　　　　　　　　　　　　_J R Smith_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA